UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>)<br>ELJEN CORP., )<br>)<br>Debtor. )<br>_____) | Chapter 11<br>Case No. 12-19105- HJB |

### NOTICE OF APPEARANCE ON BEHALF OF PEOPLE'S UNITED BANK AND REQUEST FOR ALL NOTICES, PLANS AND DISCLOSURE STATEMENTS

People's United Bank hereby enters this case as a secured creditor and Ruberto, Israel & Weiner, P.C. hereby enters its appearance as counsel for People's United Bank. As directed by Fed. R. Bankr. P. 9010(b), the attorney's name, office address, telephone number and fax number are as follows:

> Brendan C. Recupero, Esq.
> RUBERTO, ISRAEL & WEINER, P.C.
> 255 State Street, 7th Floor
> Boston, Massachusetts 02109
> (617) 742-4200
> (617) 742-2355
> Email: bcr@riw.com

People's United Bank hereby requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure, including notices under Fed. R. Bankr. P. 2002(i), be given to it by service upon its attorney at the address shown above, and upon People's United Bank at the address below:

1

Charles V. Paszkewicz, Vice President  
People's United Bank  
120 Front Street  
P.O. Box 487  
Worcester, MA 01608  
Email: charles.paszkewicz@peoples.com

Pursuant to Fed. R. Bankr. P. 3017(a), People's United Bank further requests that copies of all plans and disclosure statements filed herein by any party be served upon its attorneys at the addresses indicated above.

Respectfully submitted,

PEOPLE'S UNITED BANK

By its attorneys,

/s/ Brendan C. Recupero
Brendan C. Recupero, Esq. BBO#645032
Ruberto, Israel & Weiner, P.C.
255 State Street, 7th Floor
Boston, MA 02109
(617) 742-4200

DATE: November 15, 2012

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE: )<br>)<br>ELJEN CORP., )<br>)<br>Debtor. )<br>) | Chapter 11<br>Case No. 12-19105-HJB |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the *Notice of Appearance* and this *Certificate of Service* on behalf of People's United Bank to those parties named on the attached Service List by mailing a copy of same via regular mail, postage prepaid, unless indicated otherwise thereon this 15th day of November, 2012.

Respectfully submitted,

PEOPLE'S UNITED BANK

By its counsel,

/s/ Brendan C. Recupero
Brendan C. Recupero, Esq. BBO#645032
Ruberto, Israel & Weiner, P.C.
255 State Street, 7th Floor
Boston, MA 02109
(617) 742-4200

| Eljen Corp.<br>2605 Stearns Hill Road<br>Waltham, MA 02451 | Nina M. Parker, Esq.<br>Parker and Associates<br>10 Converse Place<br>Winchester, MA 01890<br>*VIA ECF* | John Fitzgerald<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq. – 10th Flr, Suite 1000<br>Boston, MA 02109<br>*VIA ECF* |
| --- | --- | --- |
|  |  |  |