# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| IN RE: | ) |
| | )     **Chapter 11** |
| **ELJEN CORP.** | )     **Case No.  12-19105-HJB** |
|               **DEBTOR** | ) |
| | ) |

_____

**MOTION TO CONTINUE HEARING SCHEDULED FOR FEBRUARY 12, 2013 ON MOTION TO SELL REAL PROPERTY KNOWN AS 40 RUGG ROAD, 76-84 BRAINTREE STREET AND THREE PARCELS OF LAND WITH BUILDINGS THEREON KNOW AS 10-10R PENINMAN STREET, ALLSTON, MASSACHUSETTS <u>FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES</u>**

**(EXPEDITED DETERMINATION REQUESTED)**

**<u>(ASSENTED TO BY PEOPLE'S UNITED BANK)</u>**

Now comes Eljen Corp. (the "Debtor"), by and through its counsel, and hereby move this Honorable Court to continue the hearing scheduled for February 12, 2013 on the Debtor's Motion for authority to sell two parcels of land with the buildings thereon known as and numbered 40 Rugg Road, 76-84 Braintree Street and three parcels of land with the buildings thereon known as and numbered 10-10R Peninman Street, Allston, Massachusetts.

As reasons therefore, the People's United Bank (the "Bank") has filed an Objection to the proposed sale which requires time to be considered and addressed by the proposed Buyer as well as to be able to properly respond to the objections of the Bank and Counsel for the Debtor in an effort to reach a consensual sale.   Further, counsel to the Debtor will be out of the office and unable to participate.

The Debtor requests that the hearing be continued for a period of approximately thirty (30) days to a date convenient to the Court.

Counsel to the Bank assents to the Motion to Continue.

WHEREFORE, the Debtor requests that the hearing on the  Motion for authority to sell two

parcels of land with the buildings thereon known as and numbered 40 Rugg Road, 76-84 Braintree

Street and three parcels of land with the buildings thereon known as and numbered 10-10R Penniman

Street, Allston, Massachusetts  be continued for a period of approximately thirty (30) days.

Respectfully submitted,
**Eljen Corp.**
By its attorney,


/s/ Nina M. Parker
Nina M. Parker (BBO #389990)
nparker@ninaparker.com
Kate E. Nicholson (BBO #674842)
knicholson@ninaparker.com
Parker & Associates
10 Converse Place
Winchester, MA 01890
Dated: February 5, 2013                                (781)729-0005

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Chapter 11** |
| ELJEN CORP. | ) | **Case No.  12-19105-HJB** |
| **DEBTOR** | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, Nina M. Parker, do hereby certify that I have given electronic notification and/or mailed, postage prepaid, copies of the **Motion to Continue Hearing on Motion to Sell Real Property with Buildings Thereon Known as 40 Rugg Road, 76-84 Braintree Street and Three Parcels of Land with Buildings Thereon Known as 10-10R Penniman Street, Allston, Massachusetts Free and Clear of Liens, Claims and Encumbrances (Assented To)**  to the parties listed on the annexed service list.

/s/ Nina M. Parker
Nina M. Parker (BBO #389990)
nparker@ninaparker.com
Kate E. Nicholson (BBO # 674842)
knicholson@ninaparker.com
Parker & Associates
10 Converse Place
Winchester, MA 01890
(781)729-0005

DATED:      February 5, 2013

## Electronic Mail Notice List

- William J. Alpine    balpine@ecsconsult.com
- Scott Carman    scott@gallant-ervin.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- James C. Fox    jim_fox@riw.com, jcf@riw.com
- Jennifer L. Hertz    Jennifer.L.Hertz@usdoj.gov
- John Houton    John.Houton@cityofboston.gov
- Nina M. Parker    nparker@ninaparker.com,
  rgorski@ninaparker.com;gorrmg@comcast.net;knicholson@ninaparker.com;aprilp@ninaparker.com
- Brendan C. Recupero    bcr@riw.com
- Gilbert F. Whittemore    gfw@rathlaw.com, rh@rathlaw.com

## Manual Notice List

Eljen Corp.
c/o Gerald Goldsmith
2605 Stearns Hill Road
Waltham, MA  02451

Maria C. Levin, P.C.
50 Overlook Drive
Norwood, MA 02062

John F. Gallant, Esq.
Gallant and Ervin, LLC
One Olde North Road, Ste. 103
Chelmsford, MA 01824

Rath Young Pignatelli
One Capital Plaza
P.O. Box 1500
Concord, NH 03302

Regnante, Sterio and Osborne, LLP
401 Edgewater Place
Wakefield, MA 01880

Rugg  Realty Trust
20-32 Rugg Road
Allston, MA 02134

Rugg  Realty Trust
20-32 Rugg Road
Allston, MA 02134

Marc Resnick, Manager
Synergy Concepts, LLC
183 Harvard Ave.
Allston, MA 02134