UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: )
)
ELJEN CORP., ) Chapter 11
Debtor ) Case No. 12-19105-hjb
)
)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Notice of Nonevidentiary Hearing [Docket No. 75] to those parties named on the attached Service List by mailing a copy of same, postage prepaid, this 30th day of December, 2013 unless indicated otherwise thereon.

Respectfully submitted,

PEOPLE'S UNITED BANK

By Its Counsel,

/s/ Brendan C. Recupero
Brendan C. Recupero (BBO# 645032)
RUBERTO, ISRAEL & WEINER, P.C.
255 State Street, 7th Floor
Boston, MA 02109
(617) 742-4200

S:\WDOX\Bank_RE\BANK\10550\00017\00314907.DOCX

SERVICE LIST

Nina M. Parker, Esq.
Parker & Associates
10 Converse Place
Winchester, MA 01890
**VIA ECF**

John P. Fitzgerald U.S. Department of Justice
Office of the U.S. Trustee
5 Post Office Square, Suite 1000
Boston, MA 02109
**VIA ECF**

Alissa Devlin, Esq.
Synergy Concepts, LLC
183 Harvard Ave.
Allston, MA 02134

Michael P. Murphy, Esq.
Regnante, Sterio and Osbourne, LLP
401 Edgewater Place
Wakefield, MA 01880

S:\WDOX\Bank_RE\BANK\10550\00017\00314907.DOCX